# IN THE SUPREME COURT OF THE STATE OF NEVADA

MYKEL TYREL BROWN,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 82406

FILED

FEB 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to modify and/or correct an illegal sentence.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order denying a motion to modify and/or correct an illegal sentence on October 21, 2020. Appellant did not file the notice of appeal, however, until December 15, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

Supreme Court
OF
Nevada

(O) 1947A

21-04782

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 21
Mykel Tyrel Brown
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk